### M. F. HAWK v. STATE.

No. A-1671.    Opinion Filed October 7, 1913.

Appeal from County Court, McClain County;
W. H. Woods, Judge.

M. F. Hawk was convicted of a violation of the prohibition law, and appeals. Affirmed.

E. E. Glasco, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of McClain county on a charge that he did unlawfully sell to J. R. Evett three pints of beer for sixty cents, and was adjudged to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. The petition sets forth numerous assignments of error. The questions raised have been passed on in numerous cases. From our examination of the record we find no error prejudicial to the substantial rights of the defendant. The judgment of the trial court is therefore affirmed.

---

### SLICK GREEN v. STATE.

No. A-1708.    Opinion Filed October 7, 1913.

Appeal from Superior Court, Logan County;
S. S. Lawrence, Judge.

Slick Green was convicted of a violation of the prohibition law, and appeals. Affirmed.

McGuire & Smith, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. The plaintiff in error was convicted in the superior court of Logan county on a charge that he did unlawfully sell to one Otto B. Burst, one drink of whisky, and was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. Upon a careful examination of the record we are of the opinion that substantial justice requires that the judgment of the trial court be affirmed. The judgment is therefore affirmed.